**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Tony Cormier
Elayn Hunt Correctional Center DOC No. 278001
P.O. Box 174
St. Gabriel LA 70776

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on May 1, 2019 |

**REHEARING ACTION: May 1, 2019**

**Docket Number: 19   00083-KH**

**STATE OF LOUISIANA**
**VERSUS**
**TONY CORMIER**

**Writ Application from St. Landry Parish Case No. 09-K-3913A / 09-K-3915, 09-K-3916, 09-K-4150**

**BEFORE JUDGES:**

   **Hon. John E. Conery**
   **Hon. Van H. Kyzar**
   **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Tony Cormier** is:

   **REHEARING DENIED.**   *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.   Relator may resubmit the writ application and provide the missing documents noted by this Court in *State v. Cormier*, 19-83 (La.App. 3 Cir. 2/26/19) (unpublished opinion).

cc: Earl B. Taylor, Counsel for  the Respondent